

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-19-00059-CV

**CONTINENTAL MOTORS, INC.**,
Appellant

v.

**DANBURY AEROSPACE, INC**., et al,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18283
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The Court has considered the appellant's unopposed motion for access to the sealed portions of the appellate record for use in preparing its brief. The motion is GRANTED. The Clerk of this Court is hereby instructed to provide a copy of the sealed record on CD-ROM to counsel for appellant and appellee. All parties and their attorneys are ORDERED not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or appellee reference the sealed record in their respective briefs, they are ORDERED to (1) file their briefs in paper form only (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court